**WILLIAMSON COCA–COLA BOTTLING CO., Movant, v. Billie RUNYON, etc., Opposed.**

**WILLIAMSON COCA–COLA BOTTLING CO., Movant, v. Mary WOLFORD, Opposed.**

Court of Appeals of Kentucky.

Feb. 27, 1953.

J. P. Hobson, Jr., Pikeville, Bias & Bias, Williamson, W. Va., Hobson & Scott, Pikeville, for movant.

E. J. Picklesimer, Pikeville, for opposed.

PER CURIAM.

Motion for an appeal from the Pike Circuit Court. Judgment in favor of plaintiffs in each case for $300 as damages suffered

from illness caused plaintiffs from allegedly drinking contents from a bottle of coca-cola containing a foreign substance or object. The facts, questions raised, authorities cited and applicable law have been carefully considered and we find no error in the record.

Judgment in each case affirmed.